

LIPSIUS -BENHAIM
LAW, LLP

80-02 Kew Gardens Road
Suite 1030
Kew Gardens, NY 11415
212.981.8440
Facsimile 888-442-0284
www.lipsiuslaw.com

Direct Line: 212-981-8445
Email: clipsius@lipsiuslaw.com

August 28, 2012

**VIA ECF**

Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: **Allen Stein v. American General Life Insurance Company**
**Docket No.: 11-cv-6009(DLI)(JO)**

Dear Judge Orenstein:

This firm represents plaintiff, Allen Stein as Trustee of the Rachel Meisels Irrevocable Trust. We served defendant with the 30(b)(6) notice on July 3, 2012. It was not until August 27, 2012, two days before the scheduled deposition that defendant objected to topics contained in the notice.

We are going forward with the deposition on August 29, 2012 and respectfully request that the Court be available if issues arise during the deposition.

Very truly yours

LIPSIUS-BENHAIM LAW, LLP

Cheryl D. Lipsius

CDL/ls