# EXHIBIT C

## SCHEDULE OF PAGES OF OBJECTIONS AND INTERFERENCE IN CONDUCTING DEPOSITION

**Objections**:
6; 8; 9;12; 13;14 ; 16; 17 18;22; 26;34;35;37; 38; 39;40;45;47;48;49;50 50 ; 53; 55 ;56;57; 58;59;62;63;64;73;76;77;79;70;80;81;83;84;86 87;88;90; 94;95;96;98;99;100;101;102;107;111; 116;117;118;119;121;123;124;125;126;127;129;130;130;132;134;135;136;136137;139;141;141; 142;143;144;157;158;159;160;161;162;163;164;166;167;168;169; 174;177;178;179 ;181;182; 183;185; 186; 187; 188 ;189;191;192;193;194;195

**Attorney client**: 8; 10; 16;17;18; 21-22: 27

**Objection-asked and answered**: 16;36;88;90;119;126;128;186;196

**Objection vague ambiguous**:16;35;37;88;91;97;110;111;112;116;117;118;119;121; 122;123;126;139;168; 184;185 ; 188  192

**Objection: broad ambiguous, beyond the scope of this notice**:83; 84-85; 86;151;154;161;162;191 ;192

**Objection: calls for a narrative**: 37; 38; 39

**Objection: Not reasonably limited**: 37;38;39

**Objection: Argumentative**: 37; 38; 39; 110

**Attorney client/work product**: 8 ;9; 10;12;18;48;90; 109 151

**Beyond the scope of the notice**: 43;61;48;49;88;126-127;128;129;161;162;185;189;191

**Objection to form to the extent it calls for legal opinion**: 45;46;47

**Objection to form calls for legal conclusions**: 48;49; 49;49;167;168;169

**Objection: hypothetical or incomplete hypothetical**: 58;59;59;60; 61;81;82;83;85 86;87;88;91;111; 112;116;117;118;119;121;126;142;143;144;161;162;166;169;184; 188

**Objection: calls for speculation**; 58;79;88 88;91;94;96;97;102;107;110;111;112;116;117;118; 119; 121;122;123;126;127;128;129;139;142;143;159;163 ;174;183;184; 187; 188;194

**Objection to the statement**: 80

**Assumes testimony**: 195

**Mistates testimony**: 110;125;126

**Assumes facts not in evidence**:142;143;144;185

**Directs not to answer** : 8;9;10;12;13;17;18; 20-21 ;26-27;28; 30-32 ;44;46; 90;151;152 178-179: 190:

**Leading the witness**; 10;11;12;16; 31-32

**Defendant's counsel hands a document to witness during direct over objections**: 33

**Defendant's counsel questions witness during direct:** 11, 12, 48; 62; 109; 193